UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MISTY BLU STEWART, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:11-0342 |
| v. ) | Judge Haynes/Bryant |
| ) | |
| CUS NASHVILLE, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

ORDER

This matter has been referred to the undersigned Magistrate Judge for management of the case (Docket Entry No. 4).

An initial case management conference is set for **Monday, June 6, 2011, at 10:30 a.m.** in Courtroom 776, U.S. Courthouse, 801 Broadway, **Nashville**, Tennessee. The parties shall file a proposed case management order three (3) business days prior to June 6, 2011.

It is so **ORDERED**.

_____
JOHN S. BRYANT
United States Magistrate Judge