IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| MISTY BLU STEWART, on behalf of herself and all others similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| v. | | Civil No. 3:11-0342 |
| | | Judge Trauger |
| CUS NASHVILLE, LLC, COYOTE UGLY SALOON DEVELOPMENT CORP., COYOTE UGLY ENTERTAINMENT, INC., and LILIANA LOVELL, | | |
| Defendants. | | |

**O R D E R**

The Motion to Extend Discovery Deadlines (Docket No. 104) is **GRANTED**. It is hereby **ORDERED** that the discovery deadline and the plaintiff's deadline to disclose expert witnesses is extended to October 30, 2012; the discovery motion deadline is extended to November 15, 2012; the decertification and dispositive motion deadline and the deadline for defendants to disclose expert witnesses is extended to December 3, 2012; the deadline to respond to decertification and dispositive motions is extended to January 3, 2013; the deadline to file replies is extended to January 11, 2013; and the deadline to depose expert witnesses is extended to January 15, 2013.

It is so **ORDERED**.

ENTER this 25th day of September 2012.

_____
ALETA A. TRAUGER
U.S. District Judge