IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MISTY BLU STEWART, on behalf of herself and all others similarly situated, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CUS NASHVILLE, LLC, COYOTE UGLY )<br>SALOON DEVELOPMENT CORP., COYOTE )<br>UGLY ENTERTAINMENT, INC., and )<br>LILIANA LOVELL, )<br>)<br>Defendants. ) | Civil No. 3:11-0342<br>Judge Trauger |

## O R D E R

It is hereby **ORDERED** that the defendants shall respond to the Plaintiff's Motion For Reconsideration And Extension of Time to File her First Amended Complaint (Docket No. 105) by October 5, 2012. The deadline for the plaintiff to file her First Amended Complaint is **EXTENDED** and will be reset by later order of the court.

It is so **ORDERED**.

ENTER this 25th day of September 2012.

_____
ALETA A. TRAUGER
U.S. District Judge